IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVEN C SPRINGER,

    Plaintiff,

v.                                          CASE NO. 1:07-cv-00108-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The Plaintiff filed objections, doc. 19, which the Court has reviewed. The Court agrees with the Magistrate Judge that the ALJ fully explained his decision by referencing the lack of objective medical evidence to support the severity of pain and limitation described by the Plaintiff. Plaintiff attributes to a fall from a ladder in 2002 a number of severe conditions such as herniated discs, pulled ligaments, and a pinched nerve. However, two MRI's taken immediately following that accident and two years later do not show any such conditions, but instead show only degenerative conditions due to age. The Court also agrees that the lack of seeking treatment for his alleged mental impairments of depression and anxiety supports the conclusion that these were not severely disabling. In his objections, doc. 19, the Plaintiff sets out some medical evidence of pain and of depression and anxiety, but none of the objective evidence rises to the level consistent with Plaintiff's complaints of pain.

Thus, this Court should not disturb the findings of the ALJ which are supported by the

*Page 2 of 2*

record, and Plaintiff has failed to substantiate his claims of disabling pain and limitation by reference to supporting medical records.  None of his treating sources have suggested anything more than conservative treatment and none have suggested that he is disabled.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this  *11th*   day of September, 2008

                  *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge